OPINIONES PER CURIAM, ETC., DESDE ENERÓ

5, 1904 HASTA MAYO 6, 1904.

No. 26. Ex parte Mut.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Enero 5, 1904. Denegada la petición. Abogado del peticionario: *Sr. De Diego.*

No. 8. Nazario *v.* Montalvo.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Enero 12, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante.

No 46. Guillermety *v.* Rivera.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Enero 15, 1904. Se declaró desistido el recurso á instancia de la parte apelante. Abogado del apelante: *Sr. Monserrat.*

No. 154. García *v.* Rivera.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Enero 20, 1904. Se declaró desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Antonsanti.*

No. 28. Ex parte Rendón.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Febrero 15,